UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DANIEL WALLACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:05-cv-0618-JDT-TAB |
| ) | |
| FREE SOFTWARE FOUNDATION, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

The court, having decided that the Reasserted Motion to Dismiss should be granted, now therefore **ORDERS, ADJUDGES AND DECREES** that the Fourth Amended Complaint is **DISMISSED** and that judgment is entered in favor of the Defendant and against the Plaintiff. Costs shall be allowed the Defendant.

ALL OF WHICH IS ORDERED this 20th day of March 2006.

Laura A. Briggs, Clerk
United States District Court

John Daniel Tinder, Judge
United States District Court

By Evelyn A. Hollins, Deputy Clerk

Electronic copies to:

Curtis W. McCauley
Ice Miller
mccauley@icemiller.com

Philip A. Whistler
Ice Miller
philip.whistler@icemiller.com


Copy mailed to:

Daniel Wallace
P.O. Box 572
New Palestine, Indiana 46163